FILED
JUL 29 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 4:20CR00371 SRC/SPM |
| | ) |
| ANTHONY D. JONES, JR., | ) |
| | ) |
| Defendant. | ) |

### INDICTMENT

#### COUNT ONE
#### (Carjacking)

The Grand Jury charges that:

On or about May 4, 2019, in St. Louis City, within the Eastern District of Missouri,

**ANTHONY D. JONES, JR.,**

the Defendant herein, with intent to cause death and serious bodily harm, and resulting in death, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2015 Dodge Charger, vehicle identification number ("VIN") 2C3CDXBG9FH754527, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Sections 2119(3).

#### COUNT TWO
#### (Murder of Jessica Vinson)

The Grand Jury further charges that:

On or about May 4, 2019, in St. Louis City, within the Eastern District of Missouri,

**ANTHONY D. JONES, JR.,**

the Defendant herein, knowingly possessed, brandished, and discharged a firearm in furtherance

of a crime of violence which may be prosecuted in a Court of the United States, to wit: armed carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count One

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A).

And in the course of this violation caused the death of **JESSICA VINSON** through the use of the firearm, which killing is murder as defined in Title 18, United States Code, Section 1111, in that the defendant, with malice aforethought, unlawfully killed **JESSICA VINSON** by shooting her with the firearm willfully, deliberately, maliciously, and with premeditation, thereby making this offense punishable under Title 18, United States Code, Section 924(j)(1).

## COUNT THREE
### (Felon in Possession of Ammunition)

The Grand Jury further charges that:

On or about May 4, 2019, in St. Louis City, within the Eastern District of Missouri,

**ANTHONY D. JONES, JR.,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed ammunition, which had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
### (Felon in Possession of a Firearm)

The Grand Jury further charges that:

On or about May 6, 2019, in St. Louis City, within the Eastern District of Missouri,

**ANTHONY D. JONES, JR.,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted

in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE
### (Witness Tampering)

The Grand Jury further charges that:

Beginning on or about May 4, 2019, and continuing up to and including the date of the indictment, the exact dates being unknown to the federal grand jury, in the Eastern District of Missouri,

**ANTHONY D. JONES, JR.,**

the defendant herein, did knowingly use intimidation and threats against K.F., and attempted to do so, by sending electronic communications threatening to harm K.F. if she talked about the defendant's actions on May 4, 2019, with the intent to hinder, delay, and prevent the communication of information to a law enforcement officer relating to the commission of a federal offense.

In violation of Title 18, United States Code, Sections 1512(b)(3).

## COUNT SIX
### (Witness Tampering)

The Grand Jury further charges that:

Beginning on or about May 4, 2019, and continuing up to and including the date of the indictment, the exact dates being unknown to the federal grand jury, in the Eastern District of Missouri,

**ANTHONY D. JONES, JR.,**

the defendant herein, did knowingly use intimidation and threats against T.A., and attempted to do

so, by sending electronic communications threatening to harm T.A. if she talked about the defendant's actions on May 4, 2019, with the intent to hinder, delay, and prevent the communication of information to a law enforcement officer relating to the commission of a federal offense.

In violation of Title 18, United States Code, Sections 1512(b)(3).

A TRUE BILL.

____________________________
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

____________________________
JENNIFER L. SZCZUCINSKI, #56906MO
Special Assistant United States Attorney